NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ULTRAMERCIAL, LLC** AND
**ULTRAMERCIAL, INC.,**
*Plaintiffs-Appellants,*

v.

**HULU, LLC,**
*Defendant,*

AND

**WILDTANGENT, INC.,**
*Defendant-Appellee.*

---

2010-1544

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-6918, Judge R. Gary Klausner.

---

## ON MOTION

---

## ORDER

Ultramercial, LLC and Ultramercial, Inc. move to reinstate this appeal and inform the court that it has settled

with Hulu, LLC, which the court treats as a motion to reform the official caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The court's March 11, 2011 order dismissing the appeal is vacated, the mandate is recalled, and the appeal is reinstated. The revised official caption is reflected above.

FOR THE COURT

__MAR 1 8 2011__                      /s/ Jan Horbaly
Date                                  Jan Horbaly
                                      Clerk

cc:  Lawrence M. Hadley, Esq.
     Darin W. Snyder, Esq.
     Richard G. Frenkel, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 1 8 2011**

**JAN HORBALY**
**CLERK**